**Order entered July 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01078-CR

### ERIC ROSE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-55385-Y**

## ORDER

The Court **REINSTATES** this appeal.

On July 5, 2013, we ordered the trial court to make findings regarding whether the record of the  original plea hearing could be filed.  We **ADOPT** the findings that:  (1) the original plea hearing was recorded by court reporter Sharon Hazlewood; (2) the notes are available and can be transcribed; (3) Ms. Hazlewood's explanation for the delay in filing the record was due to her hospitalization for illness and the later hospitalization and death of her husband; and (4) Ms. Hazlewood requested thirty days from July 9, 2013 to file the record.

We **ORDER** court reporter Sharon Hazlewood to file the reporter's record of the original plea hearing by **FRIDAY, AUGUST 16, 2013**.  Because the record is already more than three months overdue, no further extensions will be granted.  If the record of the plea hearing is not

filed by the date specified, the Court will order that Sharon Hazlewood not sit as a court reporter until she files the record of the plea hearing in this case.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, official court reporter, Criminal District Court No. 7; and counsel for all parties.

/s/    DAVID EVANS
JUSTICE